## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 13 No.    12-02312 |
| James Thompson and Barbara H. Thompson | Judge    Hon. Janet S. Baer |
| Debtor | |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 7, 2017, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on April 7, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: CMSB.0029

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

James Thompson and Barbara H. Thompson
606 E Woodland Park Ave., Unit 509
Chicago, IL 60616

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Michelle K. Hinds
Law Office of Jason Blust, LLC
211 W. Wacker Drive, Suite 300
Chicago, IL 60606